PD-0745-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/17/2015 10:26:13 PM
Accepted 6/19/2015 2:00:11 PM
ABEL ACOSTA
CLERK

NO. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

CAUSE NO. 13-13-00369-CR
(Transfer Case No. 05-13-00765-CR)

_____

APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
OF OPINION AND JUDGMENT IN CAUSE NO. 13-13-00369-CR
(Transfer Case No. 05-13-00765-CR) ABOUT THE JUDGMENT IN
CAUSE NO. NO. 219-8193-2012 FROM THE 119th DISTRICT COURT
OF COLLIN COUNTY, TEXAS

_____

FILED IN
COURT OF CRIMINAL APPEALS

June 19, 2015

ABEL ACOSTA, CLERK

**JOSE ANGEL LERMA, Appellant**

**VS.**

**THE STATE OF TEXAS, Appellee**

_____

**APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

_____

COMES NOW, JOSE ANGEL LERMA, APPELLANT, by and through his attorney, Derek M. Harkrider, and files this first unopposed motion for extension of time to file a Petition for Discretionary Review (PDR), and in support thereof would show as follows:

1.  This is an appeal from the 119th Judicial District Court of Collin County, Texas.  On August 16, 2012, a grand jury in Collin County, Texas

returned and filed a True Bill of Indictment against the Defendant, Jose Angel Lerma, charging him with Driving While Intoxicated (DWI), a third degree felony. On May 1, 2013, a jury found the Defendant guilty of the offense of Driving While Intoxicated (DWI), a third degree felony. The Appellant was sentenced by the trial court to ten (10) years imprisonment, however the sentence was suspended and the defendant was placed on community supervision for seven years.

2.     The Defendant appealed the conviction and sentence to the Court of Appeals for the Fifth District of Texas at Dallas. Pursuant to Texas Government Code § 73.001, the Supreme Court ordered the transfer of the case to the Thirteenth Court of Appeals for the purpose of equalizing the dockets. After briefs were filed by the Appellant and the State, on April 23, 2015, the Thirteenth Court of Appeals issued a Memorandum Opinion affirming the trial court's judgment. Appellant timely filed a Motion for Rehearing, and Alternatively, Motion for Rehearing En Banc. On May 21, 2015, the Thirteenth Court of Appeals denied the motions for rehearing. Accordingly, the deadline to file a Petition for Discretionary Review is on June 20, 2015.

3.     The Appellant desires to file a Petition for Discretionary Review (PDR). Although Derek Harkrider had been hired by Appellant to represent him before the Thirteenth Court of Appeals, Mr. Harkrider was not initially contracted

to represent Appellant to draft and file a PDR with the Court of Criminal Appeals of Texas. On Monday, June 15, 2015, Mr. Harkrider was hired by Appellant to draft and file a PDR and represent the Appellant in proceedings before the Court of Criminal Appeals of Texas.

4.     Because Mr. Harkrider was just recently hired for appellate proceedings before the Court of Criminal Appeals, he needs additional time in order to research, draft and file a PDR. At this time, Appellant requests an extension of time of an additional 30 days from the original deadline (June 20, 2015), which would be until **July 20, 2015**, in order to file a PDR with this Court.

5.     Pursuant to Rule 68.2(c), the Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition. The Appellant has filed this Motion for Extension of Time within the requisite time period. Therefore, the Appellant requests that the Court of Criminal Appeals to extend his time to file the PDR for an additional 30 days after the original deadline.

6.     This is the FIRST request for extension of time or motion for leave to file PDR requested by the Appellant. Accordingly, no prior extensions have been granted.

7.      The State of Texas, Appellee, is UNOPPOSED, regarding this motion.

8.      This motion is not requested for the purpose of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests the honorable Court to grant an extension of thirty (30) days from the original deadline (June 20, 2015) to file a Petition for Discretionary Review, which would be an extension of time until July 20, 2015.

Respectfully submitted,


/s/  Derek M. Harkrider
DEREK M. HARKRIDER
Attorney at Law
harkriderlaw@gmail.com
TBN: 24000601
P.O. Box 524138
Houston, Texas 77052
(956) 318-0099   Telephone
(956) 318-0877   Facsimile
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I, DEREK M. HARKRIDER, hereby certify that on June 17, 2015, a true and correct copy of the foregoing document has been forwarded via electronic delivery to the State's counsel of record, District Attorney Hon. Greg Willis, and Hon. John Rolater and Hon. Libby Lange, Appellate Division, at 2100 Bloomdale Road, Suite 100, McKinney, Texas 75071.


/s/ Derek M. Harkrider
DEREK M. HARKRIDER


## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), that the foregoing motion conforms with Texas Rule of Appellate Procedure 9.4, in that this brief is a computer generated document created in Corel Wordperfect X5, is printed in a conventional typeface, to-wit, New Times Roman, in 14-point font, and the computer generated word count of the parts of this motion to be counted according to Rule 9.4(i)(1) is 618 words, excluding the caption, signature block, certificate of compliance and certificate/proof of service. Therefore, this document complies with the word count requirements as it does not exceed 15,000 words.


/s/ Derek M. Harkrider
DEREK M. HARKRIDER